NICOLA T. HANNA
United States Attorney
DAIVD M. HARRIS
Assistant United States Attorney
Chief, Civil Division
Jean M. Turk
Special Assistant United States Attorney
CA State Bar No.: 131517
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA RENE FALCONER,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 18-00370 AFM<br><br>**[PROPOSED] JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: 6/18/2018

*/s/ Alex MacKinnon*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

-1-