MICHAEL S. BROWN, SBN 104079
CALIFORNIA LAWYERS GROUP, LLP
10960 Wilshire Boulevard, Suite 1225
Los Angeles, California 90024-3703
Tel. (818) 461-9933  FAX (818) 995-4094
Email: mbrown@clginfo.com

Attorney for Plaintiff, **VEDA FALCONER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VEDA FALCONER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration,<br><br>Defendant. | Case No.: 2:18-cv-00370-AFM<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d). |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees in the amount of two thousand eight hundred dollars ($2,800.00), as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 8/8/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

- 1 -

[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920